SLR: MMD
F#: C107-00808

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB -5 2008 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

UNITED STATES OF AMERICA,

        -against-

GLORIA D. KENNEY,

              Defendant.
----------------------------------X

CONSENT JUDGMENT
CV-07-4957
(Gleeson, J.)
(J. Orenstein, M.J.)

    IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff United States of America (the "Plaintiff") and the Defendant GLORIA D. KENNEY, (the "Defendant") that judgment be entered in favor of the Plaintiff and against the Defendant in the above-captioned action and that the judgment be satisfied on the following terms and conditions:

    1. The Defendant acknowledges that she is indebted to the Plaintiff in the principal amount of $266241.00, plus interest in the sum of $447,328.07, amounting in all to the sum of $713,569.07, together with interest from the date of this judgment as provided by 28 U.S.C. § 1961, and has no counterclaim or offset thereto, and does hereby confess judgment to the United States upon the Complaint in the amount stated herein.

    2. The Defendant agrees to pay to the Plaintiff the

1

sum of $713,569.07, plus post-judgment interest at the legal rate in effect on the date judgment is entered, as provided by 28 U.S.C. § 1961.

3. The Defendant shall complete a financial statement and provide copies of her income tax returns as requested by the Plaintiff, no later than January 12, 2008.

4. The Defendant agrees to make monthly payments toward the amount set forth in Paragraph 2 above at a rate to be agreed upon by the Plaintiff and the Defendant, based upon the information contained in her financial statement and income tax returns.

5. The monthly payment amount shall be subject to review commencing in July 2008 and every six months thereafter; the amount of the monthly payment may be increased no more than twice in a given year, except nothing shall prohibit an increase of any amount at the request of the Defendant.

6. Upon full and final payment by the Defendant of the amount stated above, the Plaintiff shall deliver a Satisfaction of Judgment to the Defendant.

7. This confession of judgment is for a debt now justly and truly due and owing to the Plaintiff as acknowledged in Paragraph 1 above.

Dated:   Brooklyn, New York
         JAN      10, 2008

BENTON J. CAMPBELL
United States Attorney
Eastern District of New York
Attorney for Plaintiff
271 Cadman Plaza East, 8th Fl.
Brooklyn, NY 11201

By: _____
    MARY M. DICKMAN
    Assistant U.S. Attorney
    (718) 254-6022

_____
GLORIA D. KENNEY
2050-4A 21st Drive
Brooklyn, New York 11214
(804) 878-5429

SO ORDERED:

Dated:   Brooklyn, New York
         2-1      2008
s/John Gleeson
_____
JOHN GLEESON
United States District Judge

3